**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 00-1474**

———————————

BUSTER E. TIFFANY,

Plaintiff - Appellant,

versus

LOUIS CALDERA, Secretary of the Army, United
States Army,

Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge.
(CA-99-663-3)

———————————

Submitted: August 30, 2000          Decided: September 6, 2000

———————————

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Buster E. Tiffany, Appellant Pro Se. Debra Jean Prillaman, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Buster E. Tiffany appeals the district court's order dismissing his civil action challenging an unfavorable decision of the Army Decorations Board. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Tiffany v. Caldera, No. CA-99-663-3 (E.D. Va. Mar. 15, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED